Logan JOHNSON, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 2008–3253.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2008.

Arthur R. Ehrlich, Goldman & Ehrlich, Chicago, IL, for Petitioner.

### ORDER

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Nicholas TAYLOR, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 2008–3345.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2008.

Nicholas Taylor, Austell, GA, pro se.

James P. Connor, Department of Justice, Washington, DC, for Respondent.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.